# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                         NO. 2021 KW 0781

VERSUS

JULIUS W. HOLDEN                                           **OCTOBER 5, 2021**

---

In Re:    Julius W. Holden, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          239,228.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

   **WRIT DENIED.**

                              **VGW**
                              **AHP**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
     DEPUTY CLERK OF COURT
          FOR THE COURT